STATE v. PEKEROL

No. 688P86.

Case below: 83 N.C. App. 342.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. RADER

No. 664P86.

Case below: 83 N.C. App. 159.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. SHELTON

No. 687P86.

Case below: 83 N.C. App. 160.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. TAYLOR

No. 657P86.

Case below: 83 N.C. App. 160.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. WILKES

No. 648P86.

Case below: 73 N.C. App. 180.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.